1    A. Layne Stackhouse
SHRADER & ASSOCIATES LLP
2    9 Greenway Plaza, Suite 2300
Houston, TX 77046
3    Telephone: 713.782.0000
Facsimile: 713.571.9605
4    layne@shraderlaw.com

5    Mark S. O'Connor
BEUS GILBERT MCGRODER PLLC
6    701 N 44th St.
Phoenix, AZ 85008
7    Telephone: 480.429.3000
moconnor@beusgilbert.com
8    ram@westrikeback.com

9    *Attorneys for Plaintiff*

10    James R. Condo (#005867)
Kristine L. Gallardo (033975)
11    SNELL & WILMER L.L.P.
One Arizona Center
12    400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
13    Telephone:  602.382.6000
Facsimile:  602.382.6070
14    jcondo@swlaw.com
kgallardo@swlaw.com
15

16    Richard B. North, Jr. (admitted *pro hac vice*)
Georgia Bar No. 545599
17    Matthew B. Lerner (admitted *pro hac vice*)
Georgia Bar No. 446986
18    Mark R. Nash (admitted *pro hac vice*)
Georgia Bar No. 857055
19    NELSON MULLINS RILEY &
     SCARBOROUGH LLP
20    201 17th Street, NW / Suite 1700
Atlanta, GA  30363
21    Telephone: 404.322.6000
Facsimile: 404.322.6050
22    richard.north@nelsonmullins.com
matthew.lerner@nelsonmullins.com
23    mark.nash@nelsonmullins.com

24    *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Teresa M. Truitt, as administrator of the Estate of Margaret Moses,

Plaintiff,

v.

C. R. Bard, Inc., et al.

Defendants.

Case No. 2:17-cv-00161-DGC

**JOINT MOTION TO TEMPORARILY STAY DISCOVERY AND ALL PRETRIAL DEADLINES**

Plaintiff, Teresa M. Truitt, as administrator of the Estate of Margaret Moses, and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (together, "Bard" or "Defendants") (collectively, "Parties"), pursuant to Fed. R. Civ. P. 26(c) and (d) and the Court's inherent powers, respectfully request that this Court enter an Order temporarily staying discovery and all pretrial deadlines imposed by the Court, the Local Rules, and the Federal Rules of Civil Procedure in this case for 120 days while the Parties work to finalize settlement terms. In support of this Joint Motion, the Parties state as follows:

1.  This case was part of the Multi-District Litigation proceeding *In re Bard IVC Filters Products Liability Litigation*, MDL 2641 (D. Ariz.), pending before this Court, before it was unconsolidated from the MDL and assigned to this Court.

2.  The Parties have agreed to a settlement in principle and are currently finalizing settlement terms. The Parties agree that a temporary stay of discovery and all pretrial deadlines imposed by the Court, the Local Rules, and the Federal Rules of Civil Procedure in this case for 120 days is warranted because the Parties have a genuine belief that this action will be completely resolved by settlement, obviating the expense of further litigation and the expenditure of additional judicial resources.

3.  This Court has broad discretion to stay proceedings as incidental to its power to control its own docket – particularly where, as here, a stay would promote judicial economy and efficiency. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (recognizing that the "[p]ower to stay proceedings is

incidental to the power inherent in every court to control disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants"); *Munson v. Butler*, 776 Fed. Appx. 339, 342 (7th Cir. 2019) ("a district court has inherent power to exercise its discretion to stay proceedings to avoid unnecessary litigation."); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (district courts possess "inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants").

4. Federal Rules of Civil Procedure 26(c) and 26(d) also vest the Court with authority to limit the scope of discovery or control its sequence, upon a showing of good cause and reasonableness. *Crawford-El v. Britton*, 523 U.S. 574, 598 (1998).

5. Facilitating the Parties' efforts to resolve their dispute entirely through settlement is reasonable and constitutes good cause for granting the requested short-term stay of discovery and other pretrial deadlines.

6. Thus, the Parties jointly move this Court for an Order staying discovery and all pretrial deadlines imposed by Court order, Local Rules, or the Federal Rules of Civil Procedure in this case for 120 days to allow the Parties to continue to work to finalize settlement terms, which will likely resolve this dispute. This will further facilitate settlement discussions and prevent unnecessary expenditures of the Parties and judicial resources.

7. The Parties agree that the relief sought herein is necessary to handle the case in the most economical fashion, yet will allow sufficient time to schedule and complete discovery if necessary, consistent with the scheduling obligations of counsel. The relief sought in this Joint Motion is not purely for delay, but so that justice may be done.

WHEREFORE, the Parties jointly request that discovery and all pretrial deadlines be stayed for 120 days to allow the Parties to finalize settlement terms.

DATED this 23rd day of November, 2020.

| | |
|---|---|
| SHRADER & ASSOCIATES, LLP<br><br>By: */s/A. Layne Stackhouse*___<br>A. Layne Stackhouse<br>SHRADER & ASSOCIATES LLP<br>9 Greenway Plaza, Suite 2300<br>Houston, TX 77046<br>Telephone: 713.782.0000<br>Facsimile: 713.571.9605<br>layne@shraderlaw.com<br><br>Mark S. O'Connor<br>BEUS GILBERT MCGRODER PLLC<br>701 N 44th St.<br>Phoenix, AZ 85008<br>Telephone: 480.429.3000<br>moconnor@beusgilbert.com<br><br>*Attorneys for Plaintiff Teresa M. Truitt, as administrator of the Estate of Margaret Moses* | NELSON MULLINS RILEY & SCARBOROUGH LLP<br><br>By: */s/ Matthew B. Lerner*_____<br>Richard B. North, Jr. (admitted *pro hac vice*)<br>Georgia Bar No. 545599<br>Matthew B. Lerner (admitted *pro hac vice*)<br>Georgia Bar No. 446986<br>Mark R. Nash (admitted *pro hac vice*)<br>Georgia Bar No. 857055<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>201 17th Street, NW / Suite 1700<br>Atlanta, GA  30363<br><br>James R. Condo (005867)<br>Kristine L. Gallardo (033975)<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren, Suite 1900<br>Phoenix, Arizona  85004-2202<br><br>*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

                                             */s/A. Layne Stackhouse*_____